# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PHILIP DACE,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

Case No. 2:23-cv-01451-RFB-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint proposed discovery plan must be filed by December 20, 2023.

    IT IS SO ORDERED.

    Dated: December 14, 2023

_____
Nancy J. Koppe
United States Magistrate Judge