# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PHILIP DACE,<br><br>  Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>  Defendant. | Case No. 2:23-cv-01451-RFB-NJK<br><br>**Order** |

On December 14, 2023, the Court ordered the parties to file a joint proposed discovery plan by December 20, 2023. Docket No. 11. To date, no such discovery plan has been filed. *See* Docket. No later than January 16, 2024, the parties must file a joint proposed discovery plan. **Failure to fully comply with the order may result in sanctions**.

IT IS SO ORDERED.

Dated: January 8, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1