# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PHILIP DACE,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., et al.,

    Defendant(s).

Case No.: 2:23-cv-01451-RFB-NJK

**ORDER**

"The pro se plaintiff or plaintiff's attorney must initiate the scheduling of the conference required by Fed. R. Civ. P. 26(f) to be held within 30 days after the first defendant answers or otherwise appears. Local Rule 26-1(a). The parties must then file a joint discovery plan within 14 days of that conference.

The Court ordered the parties to jointly file a discovery plan by December 20, 2023. Docket No. 11. The parties failed to file a discovery plan and the Court therefore ordered the parties to file a discovery plan no later than January 16, 2024. Docket No. 23. On January 16, 2024, Defendant filed a notice informing the Court that Plaintiff failed to initiate the Rule 26(f) conference and failed to respond to Defendant's email to schedule the conference. Docket No. 24.

Accordingly, Plaintiff must initiate the Rule 26(f) conference which must occur no later than January 24, 2024. The parties must file a joint discovery plan no later than January 31, 2024. Failure to comply with this order will result in a recommendation of dismissal.

IT IS SO ORDERED.

Dated: January 17, 2024

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge